# UNITED STATES DISTRICT COURT
for the

_Western_ District of _North Carolina_

_Charlot_ Division

FILED
CHARLOTTE, NC

AUG 10 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

)
)  Case No. __3:26-CV-650-SCR__
)  _(to be filled in by the Clerk's Office)_
)
)
_____ )
_Plaintiff(s)_ )
_(Write the full name of each plaintiff who is filing this complaint._ )
_If the names of all the plaintiffs cannot fit in the space above,_ )
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )
-v- )
)
)
)
)
_____ )
_Defendant(s)_ )
_(Write the full name of each defendant who is being sued. If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                            James Crowe

All other names by which
you have been known:

ID Number                   PID 421577   OPUS 1369223

Current Institution      Mecklenburg County Detention Center

Address                       801 E. 4 Street

               Charlotte _____ NC _____ 28203

                            *City*            *State*           *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

    Name                         Mecklenburg County

    Job or Title *(if known)*   Municipal Corporation Policy Creator +

    Shield Number           Enforcer - Overseer of Hiring + Training

    Employer

    Address                     600 E. Fourth St - 600 E. Trade St.

                          Charlotte _____ NC _____ 28202

                            *City*            *State*           *Zip Code*

        ☑ Individual capacity     ☑ Official capacity

Defendant No. 2

    Name                         City of Charlotte

    Job or Title *(if known)*   Municipal Corporation- Policy Creator + Enforcer

    Shield Number           Overseer of Hiring + Training

    Employer

    Address                     600 E. Fourth St. - 600 E. Trade St.

                          Charlotte _____ NC _____ 28202

                            *City*            *State*           *Zip Code*

        ☑ Individual capacity     ☑ Official capacity

| | | |
|---|---|---|
| Delcone – Ex Officio Mayor over Detainment MCSO officer | Dixon – Captain MCSO | Durrah – Major over Detainment MCSO |
| Reese – Captain MCSO | Graham – Ex Officio MCSO | Leonard – Captain MCSO |
| Garrell – Ex Officio Captain MCSO | Jones – Ex Officio Major over OPC MCSO | Talford – Major over OPC MCSO Female |
| Houpe – Captain MCSO | Curtburtson – Captain over OPC MCSO | Dudley – Captain MCSO |
| Sylver – Ex Officio Captain –Female– MCSO Now works at CMPD 601 E Trade St. | Cantilini – Captain MCSO | Brown – Male – Arrest Processing Sergeant MCSO |
| Thompson – Arrest Processing Sergeant MCSO | Clark – Ex Officio Sergeant MCSO | Chisolm – Sergeant MCSO |
| Jones – Sergeant MCSO | Potcat – Sergeant McSO | Montgomery – Sergeant MCSO |
| Pettis – Ex Officio Sergeant MCSO | Prunnel – Sergeant MCSO | Crumpell – Sergeant MCSO |

| | | |
|---|---|---|
| Mackin - Ex Officio Sergeant<br>MCSO | Langford-Sergeant<br>MCSO | Parker-Sergeant<br>MCSO |
| Sheppard-Hearing Officer<br>MCSO | Navarrette - Facility Training Officer<br>MCSO | Purnell-Sergeant<br>MCSO |
| Sowell-Facility Training Officer<br>MCSO | Ingram-Facility Training Officer<br>MCSO | Hanigan-Facility Training Officer<br>MCSO |
| Harrigan-Facility Training Officer<br>MCSO | Montenegro-TRU Sergeant<br>MCSO | Carter-TRU Sergeant<br>MCSO |
| Dowd-TRU<br>MCSO | Dowe-TRU Officer<br>MCSO | Simpson-TRU Officer<br>MCSO |
| Simpson<br>MCSO | Cunigan-TRU Officer<br>MCSO | John-TRU Office<br>MCSO |
| Clegg<br>MCSO | Hupp-TRU Officer<br>MCSO | McQueen-Custody<br>MCSO |
| Little<br>MCSO | Neeley-Custody<br>MCSO | Jaquez-Custody<br>MCSO |
| Loison-Custody<br>MCSO | Franks-Custody<br>MCSO | Stivers-<br>MCSO |

| | | |
|---|---|---|
| Silver - Male - Arrest Processing Deputy<br>MCSO | Spencer - TRU Officer<br>MCSO | Hawkins - TRU Officer<br>MCSO |
| Snell - Arrest processing Deputy<br>MCSO | Marrow - Courthouse Sergeant<br>MCSO | Morris - TRU Officer Ex officio<br>MCSO |
| Author Adams - Admin Deputy<br>MCSO | Adams - TRU Officer<br>MCSO | Olivier - Transport Deputy<br>MCSO |

Every one named works for
the Sheriffs office and can
be Piled to Addresses
701 E. 4th St
600 E. 4th St

Charlotte, NC 28202

I also want the entire Administrative
Staff

Defendant No. 3

Name  
Job or Title *(if known)*  
Shield Number  
Employer  
Address

Mecklenburg County Sheriff's Office - MCSO  
Policy Creator + Enforcer - Overseer of  
Hiring + Training  
600 E. Fourth St. - 601 E. Trade St.  
700 E. Fourth St. - 701 E. Fourth St.  
Charlotte                NC           28202

| City | State | Zip Code |

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name  
Job or Title *(if known)*  
Shield Number  
Employer  
Address

Garry L. McFadden  
Sheriff - Policy Creator + Enforcer - Overseer  
of Hiring + Training  
600 E. Fourth St. - 600 E. Trade St.  
700 E. Fourth St. - 701 E. Fourth St.  
Charlotte                NC           28202

| City | State | Zip Code |

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Const. Amend. 8 Excessive force and Continuance of damages  
U.S. Const. Amend. 14 due process and equal protection  33 U.S.C. 1791  
USSG 2A2.1, (a)(1)   8 CFR 208.3   Malicious Prosecution

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.       Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

July 19, 2023 – Sept. 7, 2023

December 25, 2023 – April 26, 2023   July 29, 2024 – December 30, 2024

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_____

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

## V.    Injuries    See attached

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On August 9th, 2023 I was beaten and had my hand broken

On February 1, 2024 I had my wrist cut

On February 24, 2024 I had my elbow and collar bone broken

On March 14, 2024 I was transported to medical for falling in sewage

On March 21, 2024 I was broken while in handcuffs

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

25 Billion - Monell liability

150 million - Punitive

350 million - Compensatory

- I seek Criminal Charges
- Restructured training of staff
- Psyche evaluations of staff

_____ background checks

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mecklenburg County Detention

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

It is an electronic grievance system and covers all my claims

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

All grievances are filed on the kiosk but I have turned in written grievances

2.   What did you claim in your grievance?

3.   What was the result, if any?

I would be attacked, targeted, threatened, sometimes in the midst of typing grievances I would be surrounded and threatened

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I would appeal the responses as far as I could and had them addressed to higher ranking officers

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Capt. Dixon, Capt. Houpe, Capt. Payne, Capt. Buchanon, multiple Sergeants and officers. T.R.U. officer Boatwright.

       The only ones who helped or tried to were Capt. Payne, Capt. Henderson, Sgt. Wright, TRU officer Boatwright, and Buchannon

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

     *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _August 5, 2026_

Signature of Plaintiff _____

Printed Name of Plaintiff _____

Prison Identification # _____

Prison Address _801 E. 4th St._

_Charlotte_          _NC_       _28202_
City          State       Zip Code

### B.     For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City          State       Zip Code

Telephone Number _____

E-mail Address _____